# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

---

REGINALD A. WALKER,

Petitioner,

v.

SHEVAUN HARRIS, Secretary, Department of Children
and Family Services; GENNA BRISSON; DONALD SAWYER;
JON CARNER; and EMILY SALEMA;

Respondents.

No. 2D2023-2524

---

July 10, 2024

Petition for Writ of Certiorari to the Circuit Court for the Twelfth Judicial Circuit for DeSoto County; sitting in its appellate capacity.

Reginald A. Walker, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessica Schwieterman, Senior Assistant Attorney General, Tampa, for Respondent Shevaun Harris.

No appearance for remaining Respondents.

PER CURIAM.

 Dismissed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

---

Opinion subject to revision prior to official publication.